UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUHAVEN ENTERPRISES, INC. d/b/a FIORINO RISTORANTE, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUBB LTD., and INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendants. | Civil Action No. 2:20-cv-04586-SRC-CLW<br><br><br><u>STIPULATION OF DISMISSAL</u> |

IT IS HEREBY STIPULATED by and among the parties that all claims against Defendant Chubb Ltd. only are dismissed without prejudice and without costs to either party.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
Attorneys for Plaintiff


By:   /s/ Lindsey H. Taylor
          LINDSEY H. TAYLOR


CLYDE & CO US LLP
Attorneys for Defendant, Indemnity Insurance Company of North America


By:   /s/Daren S. McNally
          DAREN S. MCNALLY


SO ORDERED this  28th   day of December, 2020

s/ Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.